UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

ELIZABETH LOEB
Senior Counsel
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7166
Washington, D.C. 20044
(202) 616-8916
Elizabeth.Loeb@usdoj.gov
Attorney for Plaintiff United States

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Civ. A. No.: |
| ) | |
| CLEARWATER PAPER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF LODGING OF CONSENT DECREE**

   Pursuant to 28 C.F.R. § 50.7, the United States is lodging the attached Consent Decree in the above-captioned action.  Notice of this lodging of the Consent Decree will be published in the Federal Register.  During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7, no action is required of this Court.  After the expiration of the public comment period and evaluation of the comments received, the United States will advise the Court as to whether the Consent Decree may be entered or whether further action may be required.

   Respectfully Submitted,

THOMAS A. MARIANI, Jr.
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division

/s/ Elizabeth L. Loeb
ELIZABETH L. LOEB (member of the NY Bar)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 616-8916
Elizabeth.Loeb@usdoj.gov

WENDY J. OLSON, IDAHO STATE BAR NO. 7634
United States Attorney

/s/ Joshua D. Hurwit
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
Assistant United States Attorney
District Of Idaho
Washington Group Plaza Iv
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Telephone: (208) 334-1211
Facsimile:   (208) 334-1414
Email: Joshua.Hurwit@usdoj.gov

CERTIFICATE OF SERVICE

I, Elizabeth L. Loeb, certified that the foregoing Notice of Lodging of the Consent Decree was served this 9th day of June, 2015, by first class mail, postage prepaid, upon the following counsel for the Defendant, Clearwater Paper Corporation:

Krista McIntyre, Esq.
Stoel, Rives LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702-7705

Beth Ginsberg, Esq.
Stoel, Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101

/s/ Elizabeth L. Loeb
Elizabeth L. Loeb
Senior Counsel
U.S. Department of Justice