ELIZABETH LOEB
SENIOR ATTORNEY
ENVIRONMENTAL ENFORCEMENT SECTION
ENVIRONMENT & NATURAL RESOURCES DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 7166
WASHINGTON, D.C. 20044
(202) 616-8916
elizabeth.loeb@usdoj.gov

BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
CHRISTINE G. ENGLAND, CALIFORNIA STATE BAR NO. 261501
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: Christine.England@usdoj.gov

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CLEARWATER PAPER CORPORATION,<br><br>Defendant. | Case No. 2:15-CV-00200-EJL<br><br>**JOINT MOTION TO TERMINATE CONSENT DECREE** |

1.      Plaintiff, the United States of America ("United States"), on behalf of the United

States Environmental Protection Agency ("EPA"), and Defendant, Clearwater Paper Corporation

hereby jointly request that the Court terminate the Consent Decree that it entered in this action on August 15, 2015 (ECF No. 6).

2.    Plaintiff filed the Complaint in this action and concurrently lodged a proposed Consent Decree resolving claims brought against Defendant pursuant to the Clean Air Act, 42 U.S.C. § 7413.

3.    The Court signed a Consent Decree resolving the claims asserted in the Complaint and entered it as a judicial order on August 19, 2015 (ECF No. 6).

4.    Paragraphs 73 and 74 of the Consent Decree read in their entirety:

73. After Defendant has completed the requirements of Section V (Compliance Requirements), and has thereafter maintained continuous satisfactory compliance with this Consent Decree for a period of two years, and has paid the civil penalty and any accrued stipulated penalties as required by this Consent Decree, Defendant may serve upon the United States a Request for Termination, stating that Defendant has satisfied those requirements, together with all necessary supporting documentation.  In seeking such consent, Defendant shall demonstrate that:
a. Defendant has paid all monies, civil penalties, interest, and stipulated penalties due under this Decree;
b. Defendant has substantially complied with all requirements of Section V (Compliance Requirements);
c. As of the date Defendant provides any notice or request to terminate this Decree, EPA has not provided Defendant with any Notice of Dispute invoking the Dispute Resolution provisions of this Decree, and there are no unresolved matters subject to dispute resolution pursuant to Section IX (Dispute Resolution); and
d. No enforcement action under this Decree is pending.

74. The United States shall notify Defendant in writing within thirty (30) Days of receiving any request to terminate by Defendant whether the United States does or does not object to the request.  If the United States agrees, then the Parties shall jointly file a motion to terminate with the Court.  If the United States objects to such request, the Parties will work together for a period of at least thirty (30) Days in an effort to informally resolve any disputes.  If the United States does not respond to Defendant's request to terminate, or a dispute over whether the Decree can be terminated cannot be informally resolved, Defendant may invoke the provisions of Section IX (Dispute Resolution) concerning its request to terminate. The Decree shall remain in effect pending resolution of the dispute by the Parties, or, ultimately, the Court.

**MOTION TO TERMINATE CONSENT DECREE - 2**

5.      On October 31, 2017, Defendant requested that the Consent Decree be terminated pursuant to Paragraphs 73 and 74.

6.      The United States has reviewed Defendant's request and has determined that Defendant has satisfied the conditions for termination as set forth in Paragraph 73 of the Consent Decree.  The United States therefore agrees that termination of the Consent Decree is appropriate.

7.      The parties therefore respectfully request that the Court terminate the Consent Decree.

Respectfully submitted this 19th day of December, 2017.

FOR PLAINTIFF THE UNITED STATES:

/s/ Elizabeth L. Loeb
ELIZABETH L. LOEB
Senior Attorney
Environment and Natural Resources Division

FOR DEFENDANT CLEARWATER PAPER
CORPORATION

/s/ Krista K. McIntyre
KRISTA K. MCINTYRE
Stoel Rives LLP

**MOTION TO TERMINATE CONSENT DECREE - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2017, the foregoing **MOTION TO**

**TERMINATE CONSENT DECREE** was electronically filed with the Clerk of the Court using

the CM/ECF system and a copy was served by first class mail postage prepaid upon the

following counsel for Defendant who has not entered an appearance in this matter:


Krista K. McIntyre
Stoel Rives LLP
101 S Capitol Blvd #1900,
Boise, ID 83702
krista.mcintyre@stoel.com


                _/s/_ Elizabeth L. Loeb
                Senior Attorney
                United States Department of Justice
                Environmental and Natural Resources Division

**MOTION TO TERMINATE CONSENT DECREE - 4**