UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CLEARWATER PAPER CORPORATION,<br><br>　　　　Defendant. | Case No. 3:15-cv-00200-EJL<br><br>**ORDER TERMINATING CONSENT DECREE** |

　　　　Currently pending before the Court is the parties' Joint Motion to Terminate Consent Decree (Dkt. 7) ("Joint Motion"). Having reviewed the docket and considered the Joint Motion,

　　　　NOW THEREFORE IT IS HEREBY ORDERED that the August 19, 2015 Consent Decree (Dkt. 6) is hereby terminated.

DATED: December 19, 2017

_____
Edward J. Lodge
United States District Judge